IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN UMLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>FMS INVESTMENT CORP.,<br><br>    Defendant. | 4:13-CV-3177<br><br>JUDGMENT |

   Upon the parties' Stipulated Motion to Dismiss with Prejudice (filing 17), this matter is dismissed with prejudice.

   Dated this 12th day of March, 2014.

                                    BY THE COURT:

                                    *(signature)*
                                    John M. Gerrard
                                    United States District Judge